UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES H. HILL,<br><br>　　　　　　Plaintiff,<br>　v.<br>ISIDRO BACA et al.,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-00473-MMD-WGC<br><br>ORDER |

## I.　DISCUSSION

Plaintiff, a *pro se* prisoner, has filed an application to proceed *in forma pauperis*, a civil rights complaint, a motion to extend prison copy work limit, a motion to request Rule 7(b) order, and a motion to request service. (Dkt. no. 1, 5, 6, 7, 8.) On November 6, 2015, Plaintiff filed a motion to voluntarily dismiss his case. (Dkt. no. 9.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

## II.　CONCLUSION

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (dkt. no. 9) is granted.

It is further ordered that the outstanding motions (dkt. no. 1, 6, 7, 8) are denied as moot.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 24th day of November 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE